AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DANIEL GARRETT ZANCAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __SEE ATTACHED AFFIDAVIT__ in the county of _____ in the _____ District of __COLUMBIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2314 | Interstate Transportation of Money Taken by Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/01/2017

_____
*Judge's signature*

City and state: WASHINGTON, DC    DEBORAH A. ROBINSON, MAGISTRATE JUDGE
*Printed name and title*