THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF        ) | |
| CRIMINAL COMPLAINT AND     ) | Magistrate No. |
| ARREST WARRANT FOR            ) | Under Seal |
| DANIEL GARRETT ZANCAN      ) | |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Nicholas Berta, Special Agent, Federal Bureau of Investigation ("FBI"), Washington Field Office ("WFO"), Washington, D.C., being duly sworn, do declare and state:

**INTRODUCTION**

1. I am a Special Agent with the FBI, and have been so employed since January 2016. After graduating from the FBI Academy at Quantico, Virginia, I was assigned to the Washington, D.C., Division of the FBI where I investigate a variety of criminal matters including corporate fraud and insider trading. Prior to becoming a Special Agent, I worked as a Certified Public Accountant for a public accounting firm. Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, investigative interviews, financial investigations, the service of Administrative and Grand Jury Subpoenas, and the execution of search and arrest warrants.

**GENERAL BACKGROUND**

2. This affidavit is based, in part, upon witness interviews and my review of evidence. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of this arrest warrant.

3. As a result of my personal participation in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts show there is probable cause to believe that **DANIEL GARRETT ZANCAN**, committed a violation of Title 18, United States Code, Section 2314 (Interstate Transportation of Money Taken by Fraud).

## THE INVESTIGATION

4. R&R Mechanical Contractors, Inc. (R&R Mechanical) is a privately owned HVAC and plumbing construction company located at 2902 Bladensburg Road, N.E., Washington, D.C. R&R Mechanical generates tens of millions of dollars in annual revenues and maintains bank accounts with multiple financial institutions, including SunTrust Bank.

5. Daniel G. Zancan (Zancan) has worked for R&R Mechanical for approximately seven years and serves as the company's Chief Financial Officer (CFO). On or about March 27, 2017, at approximately midday, Zancan departed the R&R Mechanical office in Washington, D.C., and has not since returned. As of March 31, 2017, Zancan, who lives with his wife and two children in Maryland, had contacted neither his wife nor his coworkers at R&R Mechanical since his departure on or about March 27, 2017. On March 31, 2017, a relative of Zancan's wife told the FBI that Zancan called his (Zancan's) mother on or about March 30, 2017, and told her he (Zancan) was alone, he was "okay," and that he loved her (his mother), after which Zancan hung up the telephone.

6. On or about March 31, 2017, I interviewed Witness One, an R&R Mechanical executive. Per Witness One, in the wake of Zancan's disappearance, Zancan's wife and her family conducted a review of the joint bank account Zancan maintained with his wife. Zancan's wife's family noticed unusual activity within the bank account and subsequently contacted Witness One

and advised him of Zancan's personal banking activity.  After he was alerted to Zancan's financial activities, Witness One began to suspect Zancan may have been stealing from R&R Mechanical.  Witness One has since contacted SunTrust Bank and, along with other R&R Mechanical representatives, has reviewed bank statements and transaction records for R&R Mechanical accounts held at the institution.

7.   Witness One's review of R&R Mechanical bank account records found that Zancan had misappropriated over three million dollars from R&R Mechanical between the months of January 2017 and March 2017.  Witness One stated that R&R Mechanical maintained multiple accounts with SunTrust Bank, including accounts referred to herein as an "Operating Account" and a "Service Division Account."  As R&R Mechanical's CFO, Zancan maintained signatory authority on each of these accounts.  R&R Mechanical's recent review of these accounts identified numerous wire or electronic fund transfers initiated by Zancan from the SunTrust Operating Account to the Service Division Account.  After moving funds to the Service Division Account, per Witness One, Zancan, without permission of R&R Mechanical or for any business related purpose, subsequently transferred funds to a number of individuals and entities not related to the business, including a joint SunTrust Bank account Zancan maintained with his wife.

8.   I have reviewed copies of relevant R&R Mechanical SunTrust Bank account statements, as provided to the FBI by R&R Mechanical, which reflect numerous outgoing withdrawals/debits that occurred during the time of Zancan's fraudulent activities.  For example, the SunTrust Service Division Account statements reflected a $218,000.00 outgoing "Wire Transfer Internal Transfer Wire Dr" executed on March 6, 2017.  I have also reviewed a copy of a SunTrust Bank account statement for a joint account held in the names of Zancan and Zancan's wife.  The Zancan joint bank account statement contained a March 6, 2017, incoming deposit

described as an "Internal Transfer Wire," in the amount of $218,000.00. I believe these records evidence a fraudulent transfer of R&R Mechanical funds by Zancan to his own personal account. Per Witness One, Zancan was not authorized to initiate this or any of the numerous transfers R&R Mechanical has identified.

9. In addition to directing R&R Mechanical funds to himself, R&R Mechanical has determined Zancan directed funds to additional third parties, including various entities and individuals, including a female hereinafter referred to as "Witness Two." R&R Mechanical provided the FBI supporting documentation for various outgoing wire transfers from R&R Mechanical accounts, which I have reviewed. Witness Two is the listed recipient for multiple such transfers. As part of an effort to locate Zancan, the Montgomery County Police Department located and interviewed Witness Two. I have spoken with a Montgomery County Police Detective Sergeant who told me Witness Two indicated she had been in a romantic relationship with Zancan since approximately November 2016. Additionally, Witness Two stated she last saw Zancan on approximately March 28, 2017. Based on documents provided to me by R&R Mechanical, other recipients of funds misappropriated by Zancan appear to include multiple precious metal dealers such as gold coin and bullion dealers.

10. R&R Mechanical identified a check drawn on a payroll account it maintains with SunTrust Bank. I have reviewed a copy of this check, which was made payable to "Daniel Zancan" in the amount of $6,500.00 on March 20, 2017. The signature on the check appears to be that of "Daniel Zancan." I have also reviewed a copy of a statement for a SunTrust bank account held in the names of Zancan and his wife. The statement reflects a March 20, 2017, "Mobile Check Deposit" for $6,500.00. I have interviewed a Certified Public Accountant retained by R&R Mechanical to provide various accounting services, including annual "reviews" of R&R

Mechanical's finances. The Certified Public Accountant, hereinafter referred to as "Witness Three," assisted R&R Mechanical in its financial review of Zancan's fraudulent activities. According to Witness Three, the $6,500.00 check was taken from the R&R Mechanical check register, which is maintained in R&R Mechanical's office located at 2902 Bladensburg Road, N.E., Washington, D.C. Witness One confirmed this check was, in fact, maintained in R&R Mechanical's Washington, D.C., office space. Also per Witness One, Zancan was not authorized to take this check from R&R Mechanical and was not entitled to the $6,500.00.

11.    Your affiant believes that as part of the scheme to defraud R&R Mechanical, that after removing the $6,500.00 check from R&R Mechanical's office in Washington, D.C., Zancan caused the $6,500.00 check belonging to R&R Mechanical to be transmitted in interstate commerce by depositing the check into Zancan's personal bank account for his personal use and benefit.

12.    The Montgomery County Police Department interviewed Zancan's father pursuant to its effort to locate Zancan. Zancan's father told the Montgomery County Police Department that two of his firearms are missing from his gun cabinet at his house. Zancan's father believes Zancan may have taken the firearms.

13.     Based upon the facts and circumstances contained in this affidavit your Affiant believes there is probable cause to issue an arrest warrant for **DANIEL GARRETT ZANCAN** for violating Title 18, United States Code, Section 2314 (Interstate Transportation of Money Taken by Fraud).

NICHOLAS BERTA
Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me this          day of April, 2017

Deborah A. Robinson
United States Magistrate Judge