UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-00075** |
| | : | |
| **v.** | : | |
| | : | |
| **DANIEL GARRETT ZANCAN,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Daniel Garrett Zancan, through counsel David Felsen, respectfully file this joint status report.

On November 6, 2017, the defendant pleaded guilty to one count of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and one count of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), before the Honorable G. Michael Harvey. Judge Harvey issued a report and recommendation that the plea offer be accepted. ECF No. 18.

On September 11, 2023, the parties appeared before this Court for the first time since the case was transferred from Judge Sullivan.

On September 12, 2023, the Court issued a minute order adopting Judge Harvey's recommendation and formally accepted the defendant's guilty plea.

Mr. Zancan's case is almost ready to be moved to a sentencing posture. Accordingly, the parties anticipate that they will file another status report within the next two weeks proposing a sentencing schedule for the Court.

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
UNITED STATES ATTORNEY

By:  /s/ Kondi Kleinman
KONDI KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | Kondi.Kleinman2@usdoj.gov

FELSEN & SARGENT, LLC

 /s/ David Felsen
David Felsen, Esq.
D.C. Bar No. 429142
Counsel for Daniel Zancan
600 Jefferson Plaza, Suite 201
Rockville, Maryland 20852
(302) 251-4010
dfelsen@mdlawyers.com